GREGORY D. WOLFLICK (SBN 108699)
ADAM N. BOUAYAD (SBN 248087)
WOLFLICK, SIMPSON, KHACHATURIAN & BOUAYAD, APC
130 N. Brand Boulevard, Suite 410
Glendale, California 91203
Tel:    (818) 243-8300; Fax: (818) 243-0122
Email: greg@wolfsim.com; adam@wolfsim.com

DANIEL E. FARRINGTON (*pro hac vice*)
THE FARRINGTON LAW FIRM, LLC
7501 Wisconsin Blvd., Suite 1201W
Bethesda, MD 20814
Tel.:   (301) 951-1538; Fax: (301) 880-5031
Email: dfarrington@farringtonlaw.com

Attorneys for Defendant
ENVOY AIR INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSINISSA AGHER, an individual, | Case No. 2:18-cv-06753-R-GJS |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | Hon. Manuel L. Real<br>Courtroom: 880 |
| ENVOY AIR INC., a Delaware Corporation, AMERICAN AIRLINES, INC., a Delaware Corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

FINAL JUDGMENT

# FINAL JUDGMENT

Having granted Defendants American Airlines, Inc. and Envoy Air Inc.'s (collectively, "Defendants") Motions to Dismiss (Dkt. No. 31),

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES** that:

1. Judgment is entered in favor of Defendants against Plaintiff Massinissa Agher ("Plaintiff") on all of Plaintiff's claims.

2. Plaintiff's complaint in the above-captioned action is dismissed in its entirety.

3. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

Dated: January 31, 2019

_____
Honorable Manuel L. Real
U.S. District Judge